UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-258 (DWF/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **Motion to Dismiss** |
| | ) | **Revocation Petition** |
| MOHAMED ABDI MOHAMED, | ) | |
| | ) | |
| Defendant. | ) | |

Mr. Mohamed, through counsel, respectfully moves the Court for an Order dismissing the Petition on Supervised Release pending in this case. As is reflected more fully in the memorandum filed in support of this motion, the Petition results from a situation where two of the conditions of supervision ordered by the Court, the condition that Mr. Mohamed comply with all INS (now BICE) rules and regulations and the condition that he not leave the District, were in direct conflict with each other.
Mr. Mohamed reasonably elected to emigrate to Canada, fulfilling the INS Order of Deportation's requirement that he seek lawful relocation outside the United States and creating an impediment to reporting to his assigned Probation Officer. The revocation petition, alleging a violation based entirely on his relocation, should be dismissed.

This motion is based on the file and record herein, on the supporting memorandum, and on any matters that properly come before the Court before or during a hearing on the motion, if one is held.

Dated: December 27, 2006

Respectfully submitted,

***s/ Andrew H. Mohring***

Andrew H. Mohring
Attorney No. 190731
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415