# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MOHAMED ABDI MOHAMED,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 02-258 DWF/SRN

I hereby certify that on December 27, 2006, I caused the following document(s):

1. Defendant's Motion to Dismiss Revocation Petition;
2. Memorandum in Support of Defendant's Motion to Dismiss Revocation Petition

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michelle E. Jones
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Mohamed Mohamed

Dated: December 27, 2006

*s/ Andrew H. Mohring*
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415