**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-258(1) (DWF/SRN)

Plaintiff,

v. **ORDER**

Mohamed Abdi Mohamed,

Defendant.

---

Michelle E. Jones, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Andrew H. Mohring, Assistant Federal Public Defender. Federal Public Defender's Office, counsel for Defendant.

---

This matter is before the Court on the motion of counsel for Defendant Mohamed Abdi Mohamed ("Defendant") requesting that the Petition on Supervised Release pending before this Court be dismissed. The Government does not oppose the motion provided that the dismissal is without prejudice, meaning that the Court will extend or otherwise toll the two-year term of supervised release for the time period during which the Defendant emigrated to Canada, in the event the Defendant, under whatever conditions, returns to the United States.

Based upon the presentations of the parties; the Court having consulted with the parties, as well as the United States Probation Office; and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant's motion to dismiss the pending petition on supervised release (Doc. No. 36) is **GRANTED**. The dismissal is without prejudice. Any warrant that remains outstanding at the present time is hereby withdrawn and vacated.

2. Pursuant to the dismissal of the Petition on Supervised Release by the Court, the supervised release period of the Defendant will be extended or otherwise tolled until such time as the Defendant returns to the United States or is otherwise dismissed by this Court in the interests of justice. Until that time, the Defendant shall remain on supervised release.

Dated: February 5, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court