A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED JUL 7 2 43 PM '03 U.S. MARSHAL ST PAUL MINN.

UNITED STATES OF AMERICA

V.

Mohamed Abdi Mohamed

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-258 (1) DWF/SRN**

0341-0707-0695-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Mohamed Abdi Mohamed
as of 7/3/03 in custody of Canadian Immigration Authorities
Peace Bridge, Ontario, Canada

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of supervised release

Ordered by: Donovan E. Frank, United States District Court Judge.

Leah E. Gilgenbach July 7, 2003 at St. Paul, MN

(By) Leah E. Gilgenbach, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ______________________ Date of Arrest: ____________________

______________________________ ______________________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 2-5-07
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED FEB 14 2007 U.S. DISTRICT COURT MPLS

DC Modified 12/17/02